# CRIMINAL MINUTE ENTRY

**DOCKET NUMBER:** 11CR265(SJ)

Date Received By Docket Clerk:_____ Docket Clerk Initials:_____

**BEFORE JUDGE:** Carter **DATE:** 5-11-11 **TIME:** 11:30

**CRIMINAL CAUSE FOR** Pleading **TIME IN COURT** ___ HRS 7 MINS

**DEFENDANT'S NAME:** Miriam Kone Diallo **DEFENDANTS #** 1

- [✓] Present
- [ ] Not Present
- [✓] Custody
- [ ] Not Custody

**DEFENSE COUNSEL:** Douglass Morris

- [✓] Present
- [ ] Not Present
- [✓] Federal Defender
- [ ] CJA
- [ ] Retained

**DEFENDANT'S NAME:**_____ **DEFENDANTS #**_____

- [ ] Present [ ] Not Present [ ] Custody [ ] Not Custody

**DEFENSE COUNSEL:**_____

- [ ] Present [ ] Not Present [ ] Federal Defender [ ] CJA [ ] Retained

**DEFENDANT'S NAME:**_____ **DEFENDANTS #**_____

- [ ] Present [ ] Not Present [ ] Custody [ ] Not Custody

**DEFENSE COUNSEL:**_____

- [ ] Present [ ] Not Present [ ] Federal Defender [ ] CJA [ ] Retained

**A.U.S.A.:** Darren LaVerne **PRETRIAL/PROBATION OFFICER** _____

**CASE MANAGER OR MAGISTRATE CLERICAL** Tara Hunter-Hicks

**COURT REPORTER: OR ESR OPERATOR** _____ **TAPE LOG** 11:39:01 - 11:42:15

**INTERPRETER:** Arlette Weil **LANGUAGE:** French

## Select the Type of Hearing or Trial    CONTESTED [ ]YES [✓]NO

- [ ] Allocution Hearing
- [ ] Arraignment
- [ ] Attorney Appointment Hearing
- [ ] Bench Trial
- [ ] Bond Forfeiture Hearing
- [ ] Bond Hearing
- [ ] Bond Rrevocation Hearing
- [ ] Change of Plea Hearing
- [ ] Competency Hearing
- [ ] Curcio Hearing
- [ ] Daubert Hearing
- [ ] Detention Hearing
- [ ] Detention Hearing Material Witness
- [ ] Discovery Hearing
- [ ] Dispositional Hearing (Juvenile)
- [ ] Docket Call
- [ ] Evidentiary Hearing
- [ ] Extradition Hearing
- [ ] Fatico Hearing
- [ ] Forfeiture Hearing
- [ ] Detention Hearing
- [ ] Hearing Out-Of-Jury Presence

- [ ] In Camera Hearing
- [ ] In Chambers Conference
- [ ] Initial Appearance
- [ ] Initial Appearance-Material Witness
- [ ] Initial Appearance-Revocation Proceedings
- [ ] Initial Appearance-Rule 5(c)(3)
- [ ] Forfeiture Hearing
- [ ] Franks Hearing
- [ ] James Hearing
- [ ] Jury Selection
- [ ] Jury Trial
- [ ] Jury Trial-Death Penalty Phase
- [ ] Jury Trial-Sentence Enhancement Phase
- [ ] Markman Hearing
- [ ] Material Witness Hearing
- [ ] Motion Hearing
- [ ] Motion Hearing-Material Witness
- [ ] Motions No longer Referred
- [ ] Motions Referred Upon Consent to Magistrate Judge Disposition
- [ ] Nebbia Hearing
- [ ] Omnibus Hearing
- [✓] Plea Agreement Hearing

- [ ] Plea and Sentence
- [ ] Preliminary Examination
- [ ] Preliminary Revocation Hearing
- [ ] Pretrial Conference
- [ ] Pro Se(Faretta) Hearing
- [ ] Psychiatric Report Hearing
- [ ] Remand Hearing
- [ ] Revocation of Probation - Final Hearing
- [ ] Revocation of Supervised Release-Final Hearing
- [ ] Rule 44© Hearing
- [ ] Scheduling Conference
- [ ] Sentencing
- [ ] Show Cause Hearing
- [ ] Status Conference
- [ ] Suppression Hearing
- [ ] Telephone Conference
- [ ] Voir Dire
- [ ] Other (please specify)

## Select the action.

[ ] Began   [ ] Held   [ ] Continued   [ ] Completed   [ ] Scheduled for

**Date:**_____ **Time**_____ **FOR**_____

**Type of Hearing**

SHOULD THIS CALENDAR BE SEALED   [ ] YES   [✓] NO

UTILITIES

[ ]~Util-Add Terminate Attorneys
[ ]~Util-Bond-Set/Reset
[✓]~Util-Case Sealed
[ ]~Util-Case Unsealed
[ ]~Util-Counts To Be Tried Separately
[ ]~Util-Defendant Severed From Co-Defendants
[ ]~Util-Document Sealed

[ ]~Util-Document Unsealed
[ ]~Util-Exparte Matter
[ ]~Util-Indictment Unsealed
[ ]~Util-Information Unsealed
[ ]~Util-Interpreter Appointed
[ ]~Util-Plea Entered
[ ]~Util-Set/Reset Deadlines

[ ]~Util-Set/Reset Deadlines/Hearings
[ ]~Util-Set/Reset Hearings
[ ]~Util-Set/Reset Motion & R&R Deadlines/Headlines
[ ]~Util-Terminate Motions
[ ]~Util-Terminate Partiest

Period of Excludable Delay/ Speedy Trial Start: 5-11-11
Period of Excludable Delay/ Speedy Trial Stop: 6-7-11

CODE TYPE: Please Circle

XA- Competency/Capacity Exam
XF- Transfer Proceedings
XJ- Transportation from Other District
XP- Superseding Indictment/charges
XW- Grand Jury Indictment Tim extension

XC- Trial on Other Charges
XG- Motion under Advisement
XK- Proposed Plea Agreement
XR- Awaiting Trial of Co-Defendant

XD- Interlocutory Appeal
XH- Miscellaneous Proceedings
XM- Unavailable Witness/Defendant
XT- Interest of Justice

XE- Pretrial Motions
XI- Prosecution deferred
XN- Incompetency
XU-Withdrawal of Guilty Plea

DOCKET CLERK SHALL ENTER UTILITY EVENT *SPEEDY TRAIL EXLUDABLE DELAY- START & SPEEDY TRIAL EXCLUDABLE DELAY-STOP*

**Do these minutes contain ruling(s) on motion(s)?** [ ] YES   [✓] NO

MOTION[S] TYPE and DOCUMENT NUMBER OF MOTION RULED ON:

_____

_____

TYPES OF DECISIONS

[ ]Adopting Report & Recommendation as to
[ ]Adopting in Part on Report & Recommendation as to
[ ]Deferring Ruling on
[ ]Denying
[ ]Dismissing
[ ]Entered
[ ]Finding as Moot

[ ]Granting
[ ]Granting In Part and Denying In Part
[ ]Rescinding
[ ]Settling
[ ]Striking
[ ]Submitted
[ ]Sustaining

[ ]Taking Under Advisement
[ ]Temporarily Denying
[ ]Temporarily Granting
[ ]Temporarily Granting In Part and Denying In Part
[ ]Terminating
[ ]Vacating
[ ]Withdrawing

The defendant does not plea guilty. The parties are engaged in plea negotiations. Status Conference set for 6-7-11 at 1:00 p.m. Order of excludable delay entered